**Opinion issued June 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00640-CV

————————————

**ZADOK TECHNOLOGIES, INC., Appellant**

**V.**

**BELL INSURANCE GROUP OF TEXAS, INC. AND LUTHER "GLENN" WILSON, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-44757**

---

## MEMORANDUM OPINION

Appellant, Zadok Technologies, Inc., and appellees, Bell Insurance Group of Texas, Inc. and Luther "Glenn" Wilson, have filed a "Joint Motion to Dismiss Appeal." The parties state that they have reached a settlement agreement, and they request that this Court dismiss the appeal and order that each party bear their own

costs. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). No opinion has issued in this case. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' joint motion and dismiss the appeal, with costs taxed against the party incurring same. *See* TEX. R. APP. P. .42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.